(SPACE BELOW FOR FILING STAMP ONLY)

WALTER LAW GROUP
a Professional Corporation
Riley C. Walter #91839
7110 North Fresno Street, Ste. 400
Fresno, California 93720
Telephone:  (559) 435-9800
Facsimile:   (559) 435-9868
E-mail:       rwalter@walterlawgroup.com

Attorneys for Appellant and Cross-Appellee

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| In re<br><br>**CENTRAL VALLEY PROCESSING, INC.,**<br><br>Debtor. | Bankruptcy Case No.  03-11610-B-7 |
| **GROWER'S COMMITTEE,**<br><br>Appellant,<br><br>v.<br><br>**MICHAEL McGRANAHAN, Chapter 7 Trustee,**<br><br>Appellee. | ADV. PROC. NO.: 05-1304<br><br>**DISTRICT COURT CASE NO: 1:07-CV-00343-AWI**<br>**Consolidated with Case No: 1:07-CV-00344-AWI** |
| **CENTRAL VALLEY PROCESSING, INC. and MICHAEL McGRANAHAN, CHAPTER 7 TRUSTEE,**<br><br>Plaintiffs,<br><br>v.<br><br>**ROBERT W. CHRISTIAN, et al.,**<br><br>Defendants. | ADV. PROC. NO.: 05-1089<br><br>DC No.:   KDG-44<br><br>**DISTRICT COURT CASE NO: 1:07-CV-00506-AWI** |

**STIPULATION FOR STAY OF APPEALS**

It is hereby stipulated and agreed by and between the Growers' Committee and the Chapter 7 Trustee of Central Valley Processing, Inc. that Appeal No. 1:07-CV-00343-AWI and Appeal No. 1:07-CV-00506-AWI shall be stayed pending court approval of a settlement of the matters. Should the subject appeals not be dismissed by March 1, 2008 the parties will submit to the Court a Joint Status Report.

Dated: _____, 2008        **WALTER LAW GROUP,**
                                    a Professional corporation

                        By:         _____
                                    Riley C. Walter, Attorneys for Growers' Committee

Dated: _____, 2008        **KLEIN, DENATALE, GOLDNER, COOPER, ROSENLIEB & KIMBALL, LLP**

                        By:         _____
                                    T. Scott Belden, Attorneys for Michael D. McGranahan, Chapter 7 Trustee

## ORDER

The Court having reviewed the above stipulation submitted by the Parties hereby orders that the above-captioned appeals be stayed pending court approval of a settlement of the matters. Should the subject appeals not be dismissed by March 1, 2008 the parties are to submit a Joint Status Report.

IT IS SO ORDERED.

**Dated:  January 4, 2008**                /s/ Anthony W. Ishii
                                           UNITED STATES DISTRICT JUDGE