| | |
|---|---|
| 1  WALTER LAW GROUP<br>a Professional Corporation<br>2  Riley C. Walter #91839<br>7110 North Fresno Street, Ste. 400<br>3  Fresno, California 93720<br>Telephone: (559) 435-9800<br>4  Facsimile: (559) 435-9868<br>E-mail: rwalter@walterlawgroup.com<br>5<br>6  Attorneys for Appellant and Cross-Appellee | (SPACE BELOW FOR FILING STAMP ONLY)<br><br>**FILED**<br>JAN 28 2008<br>CLERK, U.S. DISTRICT COURT<br>EASTERN DISTRICT OF CALIFORNIA<br>BY _____ DEPUTY CLERK |

7

8                       UNITED STATES DISTRICT COURT

9                        EASTERN DISTRICT OF CALIFORNIA

10                              FRESNO DIVISION

11

| | |
|---|---|
| 12  In re<br>13  CENTRAL VALLEY<br>PROCESSING, INC.,<br>14        Debtor. | Bankruptcy Case No. 03-11610-B-7 |
| 16  GROWER'S COMMITTEE,<br>17        Appellant,<br>18  v.<br>19  MICHAEL McGRANAHAN, Chapter 7<br>Trustee,<br>20<br>21        Appellee. | ADV. PROC. NO.: 05-1304<br><br>**DISTRICT COURT CASE NO:**<br>**1:07-CV-00343-AWI**<br>**Consolidated with Case No:**<br>**1:07-CV-00344-AWI** |
| 22<br>23  CENTRAL VALLEY PROCESSING, INC.<br>and MICHAEL McGRANAHAN,<br>CHAPTER 7 TRUSTEE,<br>24<br>25        Plaintiffs,<br>26  v.<br>27  ROBERT W. CHRISTIAN, et al.,<br>28        Defendants. | ADV. PROC. NO.: 05-1089<br>DC No.: KDG-44<br><br>**DISTRICT COURT CASE NO:**<br>**1:07-CV-00506-AWI** |

STIPULATION FOR STAY OF APPEALS                M:\A-C\Central Valley Processing\Ad Proc\Grower's Committee v.
                                               Trustee\Settlement\Stip for Stay 010208.ss.wpd

## STIPULATION FOR STAY OF APPEALS

It is hereby stipulated and agreed by and between the Growers' Committee and the Chapter 7 Trustee of Central Valley Processing, Inc. that Appeal No. 1:07-CV-00343-AWI and Appeal No. 1:07-CV-00506-AWI shall be stayed pending court approval of a settlement of the matters. Should the subject appeals not be dismissed by March 1, 2008 the parties will submit to the Court a Joint Status Report.

Dated: Jan. 2, 2008

WALTER LAW GROUP,
a Professional corporation

By: _____
Riley C. Walter, Attorneys for Growers' Committee

Dated: Jan 2, 2008

KLEIN, DENATALE, GOLDNER, COOPER, ROSENLIEB & KIMBALL, LLP

By: _____
T. Scott Belden, Attorneys for Michael D. McGranahan, Chapter 7 Trustee

## ORDER

The Court having reviewed the above stipulation submitted by the Parties hereby orders that the above-captioned appeals be stayed pending appeal. Should the subject appeals not be dismissed by March 1, 2008 the parties are to submit a Joint Status Report.

Dated: 1-28-0E

_____
Anthony W. Ishii
United States District Court Judge